**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | |
| JERRY L. SUTHERLAND and | ) | Case No. 10-93630-BHL-13 |
| RHONDA G. SUTHERLAND, | ) | |
| | ) | |
| Debtors. | ) | |

## OBJECTION TO PLAN

Come now Creditors, James and Brenda Vogel, by counsel, and respectfully object to Debtors' proposed Chapter 13 Plan to the extent the same attempts or purports to discharge Creditors' claims against Debtors as the same are non-dischargeable under 11 U.S.C.A. §523(a)(2)(A), 11 U.S.C.A. §523(a)(4) and 11 U.S.C.A. §523(a)(6).

Respectfully Submitted,
BECK ROCKER, P.C.

By:   /s/ Jeffrey L. Beck
Jeffrey L. Beck
Attorney No. 20026-49
BECK ROCKER P.C.
Attorneys at Law
320 Franklin Street, P.O. Box 426
Columbus, IN 47202-0426
Telephone: 812/372-8858
Facsimile: 812/378-4732

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010 a copy of the above and foregoing Objection to Plan was filed electronically. Notice of this filing will be sent to the

following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

Julie A. O'Bryan
O'Bryan Law Offices, P.S.C.
1717 Alliant Ave., Ste. 17
Louisville, KY 40299
502-339-0222
Fax : 502-339-0046
Email: mail@obryanlawoffices.com


Joseph M. Black, Jr
PO Box 846
Seymour, IN 47274
812-524-7211
Email: jmbecf@trustee13.com


U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204
317-226-6101
Email: ustpregion10.in.ecf@usdoj.gov

 

By:    /s/ Jeffrey L. Beck
Jeffrey L. Beck
Attorney No. 20026-49
BECK ROCKER P.C.
Attorneys at Law
320 Franklin Street, P.O. Box 426
Columbus, IN 47202-0426
Telephone: 812/372-8858
Facsimile: 812/378-4732